OPINION OF THE COURT
 

 Memorandum.
 

 The appeal should be dismissed, without costs.
 

 In bringing this action, plaintiffs sought to have declared invalid regulations promulgated by defendant New York State Office of Mental Health (OMH), pertaining to experimental medical research on patients or residents of OMH facilities deemed incapable of giving consent. Plaintiffs have received the complete relief sought in this litigation. A successful party who has obtained the full relief sought is not aggrieved, and therefore has no grounds for appeal (CPLR 5511;
 
 Parochial Bus Sys. v Board of Educ.,
 
 60 NY2d 539, 544-545;
 
 Matter of Bayswater Health Related Facility v Karagheuzoff,
 
 37 NY2d 408, 412-413).
 

 We note moreover that, once the Appellate Division in its decision below had concluded that the challenged regulations were invalid because OMH lacked statutory authority to promulgate them, it was unnecessary under the circumstances here presented to prospectively declare the regulations invalid on additional common-law, statutory, and constitutional grounds. In doing so, the Appellate Division issued an inappropriate advisory opinion
 
 (see, Cuomo v Long Is. Light. Co.,
 
 71
 
 *863
 
 NY2d 349;
 
 New York Pub. Interest Research Group v Carey,
 
 42 NY2d 527;
 
 Matter of State Indus. Commn.,
 
 224 NY 13).
 

 Since plaintiffs are not aggrieved, and defendants have not cross-appealed, the appeal must be dismissed.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Appeal dismissed, without costs, in a memorandum.